B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wood Vending, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Wood Vending Service** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**54-1001702** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**3387 Progress Road**<br>**Norfolk, VA 23502** | ZIP CODE<br>**23502-0000** | Street Address of Joint Debtor (No. & Street, City, and State): | ZIP CODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Norfolk City** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check **one** box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>------------------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (12/11)                                                                                                                Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wood Vending, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br><div align="center">(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)</div> |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wood Vending, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Robert V. Roussos<br>_____<br>Signature of Attorney for Debtor(s)<br>**Robert V. Roussos #20629**<br>**Kelly M. Barnhart, #65246**<br>Printed Name of Attorney for Debtor(s)<br>**Roussos, Lassiter, Glanzer & Barnhart PLC**<br>Firm Name<br>**580 E. Main Street, Suite 300**<br>**P.O. Box 3127**<br>**Norfolk, VA 23514-3127**<br>Address<br><br>**757-622-9005 Fax:757-624-9257**<br>Telephone Number<br>7/23/12<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X /s/ Thomas M. Simpson<br>_____<br>Signature of Authorized Individual<br>**Thomas M. Simpson**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>7/23/12<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## United States Bankruptcy Court
### Eastern District of Virginia

In re  **Wood Vending, Inc.** _____
                                        Debtor(s)

Case No. _____
Chapter **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Thomas M. Simpson**, declare under penalty of perjury that I am the **President** of **Wood Vending, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **23rd** day of July, 2012.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thomas M. Simpson**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thomas M. Simpson**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas M. Simpson**, **President** of this Corporation is authorized and directed to employ **Robert V. Roussos**, attorney and the law firm of **Roussos, Lassiter, Glanzer & Barnhart PLC** to represent the corporation in such bankruptcy case."

Date  7/23/12 _____

Signed  /s/ Thomas M. Simpson _____
         **Thomas M. Simpson**

Resolution of Board of Directors
of
**Wood Vending, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thomas M. Simpson**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thomas M. Simpson, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas M. Simpson, President** of this Corporation is authorized and directed to employ **Robert V. Roussos**, attorney and the law firm of **Roussos, Lassiter, Glanzer & Barnhart PLC** to represent the corporation in such bankruptcy case.

Date  7/23/12 _____     Signed  **/s/ Thomas M. Simpson** _____

Date  _____     Signed  _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Wood Vending, Inc.**                                                    Case No. _____

Debtor(s)                                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Bank of Hampton Roads**<br>**999 Waterside Drive, #200**<br>**Norfolk, VA 23510** | **Bank of Hampton Roads**<br>**999 Waterside Drive, #200**<br>**Norfolk, VA 23510** | **739 Vending Machines $182,300**<br>**10 Desks $1,250.00**<br>**3 Credenza $300.00**<br>**7 Bookshelves $525.00**<br>**9 File Cabinets $900.00**<br>**15 Chairs  $375.00**<br>**3 Chairs** | | 1,784,291.00<br><br>(382,386.00 secured) |
| **Bell & Vaiden**<br>**603 Town Point Center**<br>**150 Boush Street**<br>**Norfolk, VA 23510** | **Bell & Vaiden**<br>**603 Town Point Center**<br>**150 Boush Street**<br>**Norfolk, VA 23510** | legal fees | | 45,800.00 |
| **City of Norfolk**<br>**Thomas W. Moss, Jr.,**<br>**Treasurer**<br>**P.O. Box 3215**<br>**Norfolk, VA 23514-3215** | **City of Norfolk**<br>**Thomas W. Moss, Jr., Treasurer**<br>**P.O. Box 3215**<br>**Norfolk, VA 23514-3215** | personal property tax | | 15,191.00 |
| **City of Portsmouth**<br>**James L. Williams,**<br>**Treasurer**<br>**801 Crawford Street**<br>**Portsmouth, VA 23704** | **City of Portsmouth**<br>**James L. Williams, Treasurer**<br>**801 Crawford Street**<br>**Portsmouth, VA 23704** | personal property tax | | 3,858.00 |
| **City of Virginia Beach**<br>**John T. Atkinson, Treasurer**<br>**2401 Courthouse Drive**<br>**Virginia Beach, VA 23456** | **City of Virginia Beach**<br>**John T. Atkinson, Treasurer**<br>**2401 Courthouse Drive**<br>**Virginia Beach, VA 23456** | personal property tax | | 18,279.00 |
| **Commonwealth of Virginia**<br>**Dept of Taxation**<br>**PO Box 27264**<br>**Richmond, VA 23261-7264** | **Commonwealth of Virginia**<br>**Dept of Taxation**<br>**PO Box 27264**<br>**Richmond, VA 23261-7264** | **Vending Machine Tax** | | 80,446.00 |
| **Crane**<br>**P.O. Box 535037**<br>**Atlanta, GA 30353-5037** | **Crane**<br>**P.O. Box 535037**<br>**Atlanta, GA 30353-5037** | repairs and parts | | 3,636.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Wood Vending, Inc.**                                   Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Dixon, Hughes Goodman<br>P.O. Box 66528<br>Virginia Beach, VA 23466 | Dixon, Hughes Goodman<br>P.O. Box 66528<br>Virginia Beach, VA 23466 | accounting fees | | 4,284.00 |
| MDV<br>1133 Kingwood Avenue<br>Norfolk, VA 23502 | MDV<br>1133 Kingwood Avenue<br>Norfolk, VA 23502 | customer commissions | | 3,362.00 |
| NOB-Civilian Cafeterias<br>1682 Pearsey Street<br>Norfolk, VA 23521 | NOB-Civilian Cafeterias<br>1682 Pearsey Street<br>Norfolk, VA 23521 | trade debt | | 5,390.00 |
| Papco Fleet Pump Fuel Management<br>P.O. Box 60507<br>Charlotte, NC 28260 | Papco Fleet Pump Fuel Management<br>P.O. Box 60507<br>Charlotte, NC 28260 | trade debt | | 9,873.00 |
| Performance Food Group dba Vistar and Vistar Corporation<br>c/o Allison Wickizer Toeppe<br>901 E. Byrd Street, Ste. 1700<br>Richmond, VA 23219 | Performance Food Group dba Vistar and Vistar Corporation<br>c/o Allison Wickizer Toeppe<br>Richmond, VA 23219 | judgment | Disputed | 187,894.00 |
| Ragsdale Associates<br>c/o Richard J. Knapp, Esquire<br>Suite 101, 2800 Patterson Avenue<br>Richmond, VA 23221 | Ragsdale Associates<br>c/o Richard J. Knapp, Esquire<br>Suite 101, 2800 Patterson Avenue<br>Richmond, VA 23221 | back rent | | 914,371.00 |
| RG Electric Company, Inc.<br>1225 W. 26th Street<br>Norfolk, VA 23508 | RG Electric Company, Inc.<br>1225 W. 26th Street<br>Norfolk, VA 23508 | trade debt | | 3,025.00 |
| Sentara Leigh Hospital<br>Att. Joshua Snyder<br>830 Kempsville Road<br>Norfolk, VA 23502 | Sentara Leigh Hospital<br>Att. Joshua Snyder<br>830 Kempsville Road<br>Norfolk, VA 23502 | customer commissions | | 10,526.00 |
| Sentara Virginia Beach Hospital<br>Attn: Margaret Jackson<br>1060 First Colonial Road<br>Virginia Beach, VA 23454 | Sentara Virginia Beach Hospital<br>Attn: Margaret Jackson<br>1060 First Colonial Road<br>Virginia Beach, VA 23454 | customer commissions | | 7,750.00 |
| Page Simpson<br>6034 Newport Cres<br>Norfolk, VA 23505 | Page Simpson<br>6034 Newport Cres<br>Norfolk, VA 23505 | business loan | | 35,000.00 |
| SODEXO<br>P.O. Box 405697<br>Atlanta, GA 30384-5697 | SODEXO<br>P.O. Box 405697<br>Atlanta, GA 30384-5697 | customer commissions | | 20,750.00 |
| SODEXO<br>P.O. Box 405697<br>Atlanta, GA 30384-5697 | SODEXO<br>P.O. Box 405697<br>Atlanta, GA 30384-5697 | trade debt | | 15,825.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Wood Vending, Inc.**                                 Case No.

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Sullivan, Andrews and Taylor, PC**<br>**5544 Greenwich Road, Ste. 103**<br>**Virginia Beach, VA 23462** | **Sullivan, Andrews and Taylor, PC**<br>**5544 Greenwich Road, Ste. 103**<br>**Virginia Beach, VA 23462** | **accounting fees** | | **6,268.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 23, 2012**                    Signature  **/s/ Thomas M. Simpson**

                                                          **Thomas M. Simpson**
                                                          **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Eastern District of Virginia

In re    **Wood Vending, Inc.** _____ ,    Case No. _____

Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 1,018,122.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,980,019.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 124,371.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 1,302,898.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| | Total Assets | | 1,018,122.00 | | |
| | | Total Liabilities | | 3,407,288.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Wood Vending, Inc.** _____ ,    Case No. _____

Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Wood Vending, Inc.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re __Wood Vending, Inc.__ _____ ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **bank account with Bank of Hampton Roads, xx380** | - | 11.28 |
| | | **bank account with Bank of Hampton Roads, xx410** | - | 3.12 |
| | | **bank account with Bank of Hampton Roads, xxxxx0207** | - | 3,162.52 |
| | | **bank account with BB&T, xxxxx3780** | - | 4,970.97 |
| | | **bank account with TowneBank, xxxxxx8207** | - | 465.77 |
| | | **bank account with BB&T, xxxxx6635** | - | 909.34 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >          **9,523.00**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wood Vending, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | accounts receivable | - | 33,842.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **33,842.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Wood Vending, Inc.**                                                                    ,      Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Isuzu NPR Truck, approx mileage 62,023 | - | 28,598.00 |
| | | 2010 Dodge Ram, approx mileage 60,237 | - | 17,800.00 |
| | | 2000 Chevy Truck W4500, approx mileage 158,610 | - | 5,002.00 |
| | | 2001 Chevy Cab W45042, approx mileage 120,035 | - | 6,319.00 |
| | | 2001 Chevy W4500 Truck, approx mileage 127,800 | - | 6,298.00 |
| | | 2002 Chevy Cab W4500, approx mileage 80,151 | - | 7,844.00 |
| | | 2002 Isuzu Box Truck NPR | - | 8,709.00 |
| | | 2002 Isuzu Box Truck NPR, approx mileage 120,481 | - | 8,480.00 |
| | | 2004 Isuzu NPR Truck, approx mileage 76,593 | - | 13,482.00 |
| | | 2005 Chevy Van, approx mileage 135,534 | - | 6,950.00 |
| | | 2004 Chevy Box, approx mileage 162,281 | - | 15,341.00 |
| | | 2004 Chevy Express | - | 5,500.00 |
| | | 2005 Chevy 383 W4500, approx mileage 116,234 | - | 19,200.00 |

Sub-Total >          149,523.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Wood Vending, Inc.**                                                    ,        Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2002 Chevrolet Silverado | - | 8,025.00 |
| | | 2006 Chevy Box W4500, approx mileage 126,159 | - | 21,688.00 |
| | | 2008 Ford F-150, approx mileage 106,800 | - | 9,300.00 |
| | | 2007 Isuzu Box | - | 18,450.00 |
| | | 2008 Ford Ranger | - | 7,350.00 |
| | | 2007 Ford F-150 | - | 7,550.00 |
| | | 1997 International Delivery Truck | - | 3,750.00 |
| | | 2008 Ford F-150 Pickup, approx mileage 197,602 | - | 9,300.00 |
| | | 2002 Chevy Box | - | 7,844.00 |
| | | 2001 GMC | - | 8,000.00 |
| | | 1995 Chevy Pickup | - | 2,100.00 |
| | | 2009 Ford Ranger, approx mileage 88,351 | - | 9,750.00 |
| | | 2009 Isuzu Box, approx mileage 62,570 | - | 24,241.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 63 Vending Machines | - | 176,000.00 |

Sub-Total >        313,348.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wood Vending, Inc.** _____,      Case No. _____

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **739 Vending Machines $182,300** **10 Desks  $1,250.00** **3 Credenza $300.00** **7 Bookshelves $525.00** **9 File Cabinets $900.00** **15 Chairs  $375.00** **3 Chairs  $300.00** **2 Leather couch $250.00** **12 Waste baskets $24.00** **11 Computers/Monitors $4,950.00** **2 Phone systems   $2400** **3 Coin Counter      $6,000.00** **2 Bill Counters   $3,000.00** **1 Savin Copier/printer  $750.00** **1 HP copier printer   $400.00** **2 multi machines     $200.00** **Artwork:** **Battleship  $100** **Kello  $750** **Race Car  $150** **Surf bd  $100** **2 Refrig $150** **1 Microwave $50** **3 TVs $300** **Forklift $4000.00** | - | 382,386.00 |
| 30.  Inventory. | | **Consumable food products** | - | 129,500.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | 511,886.00 |
| (Total of this page) | | |
| Total > | | 1,018,122.00 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Wood Vending, Inc.**                                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Wood Vending, Inc.**                                                    ,    Case No. _____

_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9028**<br><br>**Bank of Hampton Roads**<br>**999 Waterside Drive, #200**<br>**Norfolk, VA 23510** | X | - | **Operating Capital Loan**<br>**739 Vending Machines $182,300**<br>**10 Desks  $1,250.00**<br>**3 Credenza $300.00**<br>**7 Bookshelves $525.00**<br>**9 File Cabinets $900.00**<br>**15 Chairs  $375.00**<br>**3 Chairs  $300.00** | | | | | |
| | | | Value $              **382,386.00** | | | | **1,784,291.00** | **1,401,905.00** |
| Account No.<br><br>**Carl A. Eason, Esquire**<br>**Wolcott Rivers Gates**<br>**Convergence Center IV**<br>**301 Bendix Road**<br>**Virginia Beach, VA 23452** | | | **Representing:**<br>**Bank of Hampton Roads** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xx2749, xx2212, xx2050**<br><br>**Crane Merchandising Systems**<br>**P.O. Box 535037**<br>**Atlanta, GA 30353-5046** | | - | **Purchase Money Security**<br><br>**63 Vending Machines** | | | | | |
| | | | Value $              **176,000.00** | | | | **153,628.00** | **0.00** |
| Account No. **xxxxxxx0525**<br><br>**Ford Motor Credit**<br>**P.O. Box 94380**<br>**Palatine, IL 60094** | | - | **Purchase Money Security**<br><br>**2009 Ford Ranger, approx mileage 88,351** | | | | | |
| | | | Value $                **9,750.00** | | | | **7,096.00** | **0.00** |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **1,945,015.00** | **1,401,905.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wood Vending, Inc.**                                                                    ,    Case No. _____
                                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxx4860; xxx6750**<br><br>**Isuzu Finance of America, Inc.**<br>**3020 Westchester Avenue**<br>**Purchase, NY 10577** | - | | | **Purchase Money Security**<br><br>**2008 Isuzu NPR Truck, approx mileage 62,023**<br><br>Value $            **28,598.00** | | | | **14,229.00** | **0.00** |
| Account No.<br><br>**Ray's Body Shop**<br>**1012 W. 26th Street**<br>**Norfolk, VA 23517** | - | | | **Mechanic's Lien**<br><br>**2002 Isuzu Box Truck NPR**<br><br>Value $             **8,709.00** | | | | **500.00** | **0.00** |
| Account No. **xxxxxxxxxxxx6690**<br><br>**SunTrust Bank**<br>**P.O. Box 791144**<br>**Baltimore, MD 21279** | - | | | **Purchase Money Security**<br><br>**2010 Dodge Ram, approx mileage 60,237**<br><br>Value $            **17,800.00** | | | | **20,275.00** | **2,475.00** |
| Account No. | | | | <br><br>Value $ | | | | | |
| Account No. | | | | <br><br>Value $ | | | | | |

Sheet **1**___ of **1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **35,004.00** | **2,475.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,980,019.00** | **1,404,380.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Wood Vending, Inc.**                                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____3_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Wood Vending, Inc.**                                          Case No. _____
                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.                                                                                     |   |   | personal property tax |   |   |   |           |      |          |
| **City of Chesapeake Barbara Carraway, Treasurer P.O. Box 16495 Chesapeake, VA 23328** |   | - |                       |   |   |   | 2,344.00  | 0.00 | 2,344.00 |
| Account No.                                                                                     |   |   | personal property tax |   |   |   |           |      |          |
| **City of Hampton Office of Treasurer P.O. Box 638 Hampton, VA 23669** |   | - |                       |   |   |   | 761.00    | 0.00 | 761.00   |
| Account No.                                                                                     |   |   | personal property tax |   |   |   |           |      |          |
| **City of Newport News Marty G. Eubank, Treasurer 2400 Washington Avenue Newport News, VA 23607** |   | - |                   |   |   |   | 546.00    | 0.00 | 546.00   |
| Account No.                                                                                     |   |   | personal property tax |   |   |   |           |      |          |
| **City of Norfolk Thomas W. Moss, Jr., Treasurer P.O. Box 3215 Norfolk, VA 23514-3215** |   | - |                 |   |   |   | 15,191.00 | 0.00 | 15,191.00 |
| Account No.                                                                                     |   |   |                       |   |   |   |           |      |          |
| **Citation Collection Svs P.O. Box 68963 Indianapolis, IN 46268** |   |   | Representing: **City of Norfolk** |   |   |   | **Notice Only** |      |          |

Sheet  **1**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 18,842.00 | | 18,842.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re **Wood Vending, Inc.** _____ ,      Case No. _____
                                       Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | personal property tax | | | | | |
| City of Portsmouth James L. Williams, Treasurer 801 Crawford Street Portsmouth, VA 23704 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 3,858.00 | 3,858.00 |
| Account No. | | | | | personal property tax | | | | | |
| City of Suffolk Suffolk City Treasurer PO Box 1583 Suffolk, VA 23439 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 677.00 | 677.00 |
| Account No. | | | | | personal property tax | | | | | |
| City of Virginia Beach John T. Atkinson, Treasurer 2401 Courthouse Drive Virginia Beach, VA 23456 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 18,279.00 | 18,279.00 |
| Account No. | | | | | 2010 and 2011 Vending Machine Tax | | | | | |
| Commonwealth of Virginia Dept of Taxation PO Box 27264 Richmond, VA 23261-7264 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 80,446.00 | 80,446.00 |
| Account No. | | | | | Retail sales tax | | | | | |
| Commonwealth of Virginia Dept of Taxation PO Box 27264 Richmond, VA 23261-7264 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 951.00 | 951.00 |

Sheet _2__ of _3__ continuation sheets attached to        Subtotal        | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)      | 104,211.00 | 104,211.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Wood Vending, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**County of Gloucester**<br>**6489 Main Street**<br>**Gloucester, VA 23061** | - | | personal property tax | | | | **76.00** | | **0.00**<br><br>**76.00** |
| Account No.<br><br>**County of Henrico**<br>**P.O. Box 3369**<br>**Henrico, VA 23273** | - | | personal property tax | | | | **1,242.00** | | **0.00**<br><br>**1,242.00** |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | **0.00**<br>**1,318.00** | **1,318.00** |
| | Total<br>(Report on Summary of Schedules) | **0.00**<br>**124,371.00** | **124,371.00** |

B6F (Official Form 6F) (12/07)

In re   **Wood Vending, Inc.**                                                              ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Adalay Bay Apartments <br> 101 Sabal Palm Lane <br> Chesapeake, VA 23323** | | - | | | customer commissions | | | | 6.00 |
| Account No. xxxxxxxx1148 <br><br> **Allied Waste Services <br> P.O. Box 9001099 <br> Louisville, KY 40290** | | | | | trade debt | | | | 118.00 |
| Account No. x4003 <br><br> **American Express <br> P.O. Box 1270 <br> Newark, NJ 07101-1270** | | - | | | credit card charges | | | | 1,799.00 |
| Account No. **Wood Vending** <br><br> **American Hotel Register Company <br> 16458 Collections Center Drive <br> Chicago, IL 60693** | | - | | | trade debt | | | | 255.00 |
| __15__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 2,178.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wood Vending, Inc.**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | customer commissions | | | | |
| Avantis-Park Central/Oceana Place 6161 Kempsville Circle, Ste. 205 Norfolk, VA 23502 | - | | | | | | | 100.00 |
| Account No. | | | | customer commissions | | | | |
| Barber Self Storage 2424 Castleton Commerce Way Virginia Beach, VA 23456 | - | | | | | | | 29.00 |
| Account No. | | | | customer commissions | | | | |
| Bay Hill Pool P.O. Box 924 Chesterfield, VA 23832 | - | | | | | | | 57.00 |
| Account No.  **Wood Vending** | | | | legal fees | | | | |
| Bell & Vaiden 603 Town Point Center 150 Boush Street Norfolk, VA 23510 | - | | | | | | | 45,800.00 |
| Account No. | | | | customer commissions | | | | |
| Bingo Palace 444 S. Lynnhaven Road Virginia Beach, VA 23452 | - | | | | | | | 43.00 |

Sheet no. __1___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,029.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wood Vending, Inc.**                                                    ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | customer commissions | | | | |
| **BOB #81 (t/a Ft. Eustis 661 & 950) Business Opportunity for the Bind P.O. Box 15237 Richmond, VA 23227** | - | | | | | | 291.00 |
| Account No. | | | customer commissions | | | | |
| **BOB #92 (t/a Z-133 & X-70) Business Opportunity for the Bind P.O. Box 15237 Richmond, VA 23227** | - | | | | | | 349.00 |
| Account No. | | | customer commissions | | | | |
| **BOB #97 (t/a NOB LF-18) Business Opportunity for the Bind P.O. Box 15237 Richmond, VA 23227** | - | | | | | | 226.00 |
| Account No. | | | customer commissions | | | | |
| **BOB UNS (t/a Coastguard Portsmouth) Business Opportunity for the Bind P.O. Box 15237 Richmond, VA 23227** | - | | | | | | 286.00 |
| Account No. | | | customer commissions | | | | |
| **BOB, Inc. Business Opportunity for the Bind P.O. Box 15237 Richmond, VA 23227** | - | | | | | | 756.00 |

Sheet no. **2** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,908.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wood Vending, Inc.** _____,   Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | customer commissions | | | | |
| CDI Marine 415 Port Center Portsmouth, VA 23704 | | - | | | | | | 125.00 |
| Account No. | | | | customer commissions | | | | |
| Chesapeake Coin Op P.O. Box 16428 Chesapeake, VA 23328 | | - | | | | | | 787.00 |
| Account No. | | | | customer commissions | | | | |
| Cleveland Office Park I, LLC c/o Olympia Development 272 Bendix Road, Ste. 200 Virginia Beach, VA 23452 | | - | | | | | | 24.00 |
| Account No. | | | | customer commissions | | | | |
| Cleveland Office Park II, LLC c/o Olympia Development 272 Bendix Road, Ste. 200 Virginia Beach, VA 23452 | | - | | | | | | 67.00 |
| Account No. **xx6414** | | | | repairs and parts | | | | |
| Crane P.O. Box 535037 Atlanta, GA 30353-5037 | | - | | | | | | 3,636.00 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 4,639.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wood Vending, Inc.**                                  ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x00V1** | | | trade debt | | | | |
| D&S Vending Inc. 2062 E 70th Street Cleveland, OH 44103 | - | | | | | | 221.00 |
| Account No. **Wood Vending** | | | accounting fees | | | | |
| Dixon, Hughes Goodman P.O. Box 66528 Virginia Beach, VA 23466 | - | | | | | | 4,284.00 |
| Account No. **Wood Vending** | | | open account | | | | |
| Electronic Systems Inc. 369 Edwin Drive Virginia Beach, VA 23462 | - | | | | | | 1,600.00 |
| Account No. **xxxx8125** | | | trade debt | | | | |
| Ferrellgas P.O. Box 173940 Denver, CO 80217 | - | | | | | | 297.00 |
| Account No. **xx0507** | | | open account | | | | |
| Great American Deli P.O. Box 27 Ooltewah, TN 37363 | - | | | | | | 1,746.00 |

Sheet no. **4** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **8,148.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wood Vending, Inc.** _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Wood Vending** <br><br> **Hendu II, LLC** <br> **7113 Three Chopt Road** <br> **Richmond, VA 23226** | - | | | also notify - management company for Ragsdale Associates | | | X | 0.00 |
| Account No. **xx3886** <br><br> **Humana** <br> **P.O. Box 0884** <br> **Carol Stream, IL 60132** | - | | | insurance | | | | 407.00 |
| Account No. <br><br> **Interstate Corporate Center** <br> **6387 Center Drive #2, Ste. 1** <br> **Norfolk, VA 23502** | - | | | customer commissions | | | | 500.00 |
| Account No. <br><br> **Juvenile Courts Norfolk** <br> **800 E. City Hall Avenue, 3rd Floor** <br> **Norfolk, VA 23510** | - | | | customer commissions | | | | 61.00 |
| Account No. <br><br> **La Quinta Inn** <br> **Atten: General Manager** <br> **2800 Pacific Avenue** <br> **Virginia Beach, VA 23451** | - | | | customer commissions | | | | 475.00 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,443.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wood Vending, Inc.**                                                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | customer commissions | | | | |
| **MDV** **1133 Kingwood Avenue** **Norfolk, VA 23502** | | | | | | | | 3,362.00 |
| Account No. **Wood Vending** | | | - | trade debt | | | | |
| **MEI** **P.O. Box 92053** **Chicago, IL 60675** | | | | | | | | 513.00 |
| Account No. **Wood Vending** | | | - | trade debt | | | | |
| **NOB-Civilian Cafeterias** **1682 Pearsey Street** **Norfolk, VA 23521** | | | | | | | | 5,390.00 |
| Account No. | | | - | customer commissions | | | | |
| **Norfolk Circuit Court** **100 St. Paul's Blvd.** **Norfolk, VA 23510** | | | | | | | | 150.00 |
| Account No. **Wood Vending** | | | - | trade debt | | | | |
| **Norva Plastics, Inc.** **P.O. Box 6226** **Norfolk, VA 23508** | | | | | | | | 1,092.00 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,507.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Wood Vending, Inc.__ _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NRHA**<br>**201 Granby Street**<br>**Norfolk, VA 23501** | | - | **customer commissions** | | | | 60.00 |
| Account No.<br><br>**Octapharma**<br>**Atten: Alex Dalmas**<br>**843 E. Little Creek Road**<br>**Norfolk, VA 23518** | | - | **customer commissions** | | | | 42.00 |
| Account No.<br><br>**Olympia Development**<br>**272 Bendix Road, Ste. 200**<br>**Virginia Beach, VA 23452** | | - | **customer commissions** | | | | 72.00 |
| Account No. **x4513, x2219**<br><br>**Optima**<br>**P.O. Box 791130**<br>**Baltimore, MD 21279** | | - | **insurance** | | | | **Unknown** |
| Account No. **xx1572**<br><br>**Papco Fleet Pump Fuel Management**<br>**P.O. Box 60507**<br>**Charlotte, NC 28260** | | - | **trade debt** | | | | 9,873.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,047.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wood Vending, Inc.**                                         ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | customer commissions | | | | |
| Pembroke Bingo 809 Chimney Hill Shopping Center Virginia Beach, VA 23462 | | - | | | | | | 182.00 |
| Account No. | | | | judgment | | | | |
| Performance Food Group dba Vistar and Vistar Corporation c/o Allison Wickizer Toeppe 901 E. Byrd Street, Ste. 1700 Richmond, VA 23219 | X | - | | | | | X | 187,894.00 |
| Account No. | | | | customer commissions | | | | |
| Perry Buick 6633 E. Virginia Beach Blvd. Norfolk, VA 23502 | | - | | | | | | 138.00 |
| Account No. | | | | customer commissions | | | | |
| Pinboys at the Beach 1577 Laskin Road Virginia Beach, VA 23451 | | - | | | | | | 30.00 |
| Account No. | | | | customer commissions | | | | |
| Portfolio Recovery Atten: Mark Davidson 120 Corporate Blvd., Ste. 100 Norfolk, VA 23502 | | - | | | | | | 187.00 |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                188,431.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wood Vending, Inc.**                                             ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | customer commissions | | | | |
| Portfolio Recovery Hampton Attn: Mark Davidson 120 Corporate Blvd., #100 Norfolk, VA 23502 | | | | | | | | 144.00 |
| Account No. **xxxx6226** | | | - | life insurance premiums | | | | |
| Prudential P.O. Box 7398 Philadelphia, PA 19176 | | | | | | | | 2,343.00 |
| Account No. **xxxxxxx5869** | | | - | postage purchase | | | | |
| Purchase Power P.O. Box 371874 Pittsburgh, PA 15250 | | | | | | | | 221.00 |
| Account No. | X | | - | back rent | | | | |
| Ragsdale Associates c/o Richard J. Knapp, Esquire Suite 101, 2800 Patterson Avenue Richmond, VA 23221 | | | | | | | | 914,371.00 |
| Account No. **Wood Vending** | | | - | trade debt | | | | |
| RG Electric Company, Inc. 1225 W. 26th Street Norfolk, VA 23508 | | | | | | | | 3,025.00 |

Sheet no. _**9**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

920,104.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wood Vending, Inc.** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0610** | | | | trade debt | | | | |
| S&D Coffee, Inc. P.O. Box 1628 Concord, NC 28026 | - | | | | | | | 342.00 |
| Account No. **Wood Vending** | | | | trade debt | | | | |
| Salvation Army P.O. Box 388 Norfolk, VA 23501 | - | | | | | | | 2,400.00 |
| Account No. | | | | customer commissions | | | | |
| Sentara Careplex Hospital 3000 Coliseum Drive Hampton, VA 23666 | - | | | | | | | 1,429.00 |
| Account No. | | | | customer commissions | | | | |
| Sentara Leigh Hospital Att. Joshua Snyder 830 Kempsville Road Norfolk, VA 23502 | - | | | | | | | 10,526.00 |
| Account No. | | | | customer commissions | | | | |
| Sentara Life Care 249 S. Newtown Road Norfolk, VA 23502 | - | | | | | | | 2,581.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **17,278.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wood Vending, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sentara Nursing Greenwood**<br>**4201 Greenwood**<br>**Portsmouth, VA 23701** | - | | **customer commissions** | | | | 1,605.00 |
| Account No.<br><br>**Sentara Nursing Windermere**<br>**1605 Old Donation Parkway**<br>**Virginia Beach, VA 23454** | - | | **customer commissions** | | | | 641.00 |
| Account No.<br><br>**Sentara Virginia Beach Hospital**<br>**Attn: Margaret Jackson**<br>**1060 First Colonial Road**<br>**Virginia Beach, VA 23454** | - | | **customer commissions** | | | | 7,750.00 |
| Account No.<br><br>**Page Simpson**<br>**6034 Newport Cres**<br>**Norfolk, VA 23505** | - | | **2009**<br>**business loan** | | | | 35,000.00 |
| Account No.<br><br>**Sleep Inn**<br>**3280 Western Branch Blv.**<br>**Chesapeake, VA 23321** | - | | **customer commissions** | | | | 120.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,116.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wood Vending, Inc.**                                    ,                Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wood Vending**  <br><br>**SODEXO**<br>**P.O. Box 405697**<br>**Atlanta, GA 30384-5697** | - | | | **customer commissions** | | | | **20,750.00** |
| Account No. **Wood Vending**  <br><br>**SODEXO**<br>**P.O. Box 405697**<br>**Atlanta, GA 30384-5697** | - | | | **trade debt** | | | | **15,825.00** |
| Account No.  <br><br>**SSS Car Wash**<br>**908 E. Little Creek Road**<br>**Norfolk, VA 23518** | - | | | **customer commissions** | | | | **148.00** |
| Account No. **Wood Vending**  <br><br>**Sullivan, Andrews and Taylor, PC**<br>**5544 Greenwich Road, Ste. 103**<br>**Virginia Beach, VA 23462** | - | | | **accounting fees** | | | | **6,268.00** |
| Account No. **Wood Vending**  <br><br>**Sullivan, Andrews and Taylor, PC**<br>**5544 Greenwich Road, Ste. 103**<br>**Virginia Beach, VA 23462** | - | | | **2012 accounting services** | | | | **Unknown** |

Sheet no. __12__ of __15__ sheets attached to Schedule of                          Subtotal                    **42,991.00**
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wood Vending, Inc.**                                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Three Hundred to HCP Ventures IV, LLC** <br>**c/o Holladay Properties** <br>**t/a Three Hundred Med Parkway** <br>**Atlanta, GA 30384** | - | | | customer commissions | | | | 115.00 |
| Account No. **xx122E** <br><br>**UPS** <br>**P.O. Box 7247** <br>**Philadelphia, PA 19170** | - | | | trade debt | | | | 78.00 |
| Account No. **x0032** <br><br>**USA Technologies** <br>**100 Deerfield Lane, Ste. 140** <br>**Malvern, PA 19355** | - | | | lease payments | | | | 2,195.00 |
| Account No. <br><br>**Va Beach Dept of Public Works** <br>**Attn: Angel** <br>**3556 Dam Neck Road** <br>**Virginia Beach, VA 23456** | - | | | customer commissions | | | | 84.00 |
| Account No. <br><br>**Va. Beach Dept of Utilities** <br>**3500 Dam Neck Road** <br>**Virginia Beach, VA 23456** | - | | | customer commissions | | | | 87.00 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,559.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wood Vending, Inc.**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | customer commissions | | | | |
| Va. Beach Police Dept Sandy Sexton 2509 Princess Anne Road Virginia Beach, VA 23456 | - | | | | | | | 55.00 |
| Account No. | | | | customer commissions | | | | |
| Va. Beach Police Dept. Debbie Kopicki 820 Va. Beach Blvd. 2nd Precinct Virginia Beach, VA 23451 | - | | | | | | | 17.00 |
| Account No. | | | | telephone service | | | | |
| Verizon Wireless P.O. Box 25505 Lowes, KY 42061 | - | | | | | | | 920.00 |
| Account No. | | | | customer commissions | | | | |
| Virginia Beach Votech Attn: Bill Varga 2925 N. Landing Road Virginia Beach, VA 23456 | - | | | | | | | 138.00 |
| Account No. | | | | customer commissions | | | | |
| Virginia Employment Commission Attn: Donnie Johnson 5145 E. Ve. Beach Blvd. Norfolk, VA 23502 | - | | | | | | | 110.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,240.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wood Vending, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wells Fargo Bank**<br>**Attn: Michael Lee**<br>**440 Monticello Avenue, #140**<br>**Norfolk, VA 23510** | - | | **customer commissions** | | | | **40.00** |
| Account No.<br><br>**World Trade Center**<br>**101 W. Main Street, Ste. 1200**<br>**Norfolk, VA 23510** | - | | **customer commissions** | | | | **34.00** |
| Account No.<br><br>**Wyndham Plaza Resort**<br>**5700 Atlantic Avenue**<br>**Virginia Beach, VA 23451** | - | | **customer commissions** | | | | **206.00** |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **280.00** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,302,898.00** |

B6G (Official Form 6G) (12/07)

In re __Wood Vending, Inc._____, Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bull Holdings, LLC**<br>**Norfolk, VA** | **Oral month to month lease agreement - 3387**<br>**Progress Road, Norfolk, VA** |
| **Grubb & Ellis**<br>**6606 W. Broad Street, Ste. 400**<br>**Richmond, VA 23230** | **Commercial Lease - 4200 Eubank Road,**<br>**Richmond, VA** |
| **Pitney Bowes**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250** | **Lease - postage mailing machine** |
| **Robert E. Schlegal & Sons**<br>**841 W. 45th Street**<br>**Norfolk, VA 23508** | **Commercial Lease - Alabama Avenue, Norfolk, VA**<br>**- Warehouse** |
| **USA Technologies**<br>**100 Deerfield Lane, Ste. 140**<br>**Malvern, PA 19355** | **Rental Agreement for credit card readers for**<br>**machines** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Wood Vending, Inc.**                                                      ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Angela Simpson**<br>**6811 Caroline Street**<br>**Norfolk, VA 23505** | **Bank of Hampton Roads**<br>**999 Waterside Drive, #200**<br>**Norfolk, VA 23510** |
| **Frederick B. Simpson**<br>**6015 Eastwood Terrace**<br>**Norfolk, VA 23508** | **Bank of Hampton Roads**<br>**999 Waterside Drive, #200**<br>**Norfolk, VA 23510** |
| **Thomas M. Simpson**<br>**6811 Caroline Street**<br>**Norfolk, VA 23505** | **Ragsdale Associates**<br>**c/o Richard J. Knapp, Esquire**<br>**Suite 101, 2800 Patterson Avenue**<br>**Richmond, VA 23221** |
| **Thomas M. Simpson**<br>**6811 Caroline Street**<br>**Norfolk, VA 23505** | **Performance Food Group**<br>**dba Vistar and Vistar Corporation**<br>**c/o Allison Wickizer Toeppe**<br>**901 E. Byrd Street, Ste. 1700**<br>**Richmond, VA 23219** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Wood Vending, Inc.** _____   Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - N/A

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b.  Insurance | $ 0.00 | $ 0.00 |
| c.  Union dues | $ 0.00 | $ 0.00 |
| d.  Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Wood Vending, Inc.                                              Case No.  _____
          ———————————————————————————
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)- N/A

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ No **X** | | |
| b. Is property insurance included? | Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 0.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 0.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**-NONE-**

## 20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. | Average monthly expenses from Line 18 above | $ | 0.00 |
| c. | Monthly net income (a. minus b.) | $ | 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Wood Vending, Inc.** _____   Case No. _____

                                      Debtor(s)         Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 23, 2012** _____        Signature   **/s/ Thomas M. Simpson** _____

                                                                    **Thomas M. Simpson**
                                                                    **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Wood Vending, Inc.**                                              Case No.
                                              _____
                                    Debtor(s)          Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,955,258.00** | **2012 YTD: Debtor Gross Receipts** |
| **$5,983,091.00** | **2011: Debtor Gross Receipts** |
| **$6,522,053.00** | **2010: Debtor Gross Receipts** |

---

**2. Income other than from employment or operation of business**

None ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **American Express**<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | **over last 90 days - list<br>availabe on request** | **$9,757.40** | **$1,799.00** |
| **City of Norfolk**<br>Thomas W. Moss, Jr., Treasurer<br>P.O. Box 3215<br>Norfolk, VA 23514-3215 | **over last 90 days- list<br>availabe on request** | **$25,233.00** | **$15,191.00** |
| **Crane Merchandising Systems**<br>P.O. Box 535037<br>Atlanta, GA 30353-5046 | **over last 90 days- list<br>availabe on request** | **$26,135.00** | **$153,628.00** |
| **Jumpn' G's Ice Cream, Inc.** | **over last 90 days - list<br>availabe on request** | **$6,681.00** | **$0.00** |
| **Mid-Atlantic Coca Cola Bottling** | **over last 90 days - list<br>availabe on request** | **$121,791.00** | **$0.00** |
| **Papco Fleet Pump Fuel Management**<br>P.O. Box 60507<br>Charlotte, NC 28260 | **over last 90 days - list<br>availabe on request** | **$41,896.00** | **$0.00** |
| **Pepsi-Cola** | **over last 90 days - list<br>availabe on request** | **$177,649.00** | **$0.00** |
| **R & B Repairs** | **over last 90 days - list<br>availabe on request** | **$17,337.00** | **$0.00** |
| **Sam's Club**<br>P.O. Box 530970<br>Atlanta, GA 30353 | **over last 90 days - list<br>availabe on request** | **$38,377.00** | **$0.00** |
| **SODEXO**<br>P.O. Box 405697<br>Atlanta, GA 30384-5697 | **over last 90 days - list<br>availabe on request** | **$33,107.00** | **$15,825.00** |
| **Sullivan, Andrews and Taylor, PC**<br>5544 Greenwich Road, Ste. 103<br>Virginia Beach, VA 23462 | **over last 90 days - list<br>availabe on request** | **$7,008.00** | **$6,268.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Commonwealth of Virginia** **Dept of Taxation** **PO Box 27264** **Richmond, VA 23261-7264** | **over last 90 days - list availabe on request** | **$54,385.00** | **$951.00** |
| **Vendors Supply of Richmond** **4410 Crossings Blvd.** **Prince George, VA 23875** | **over last 90 days - list availabe on request** | **$39,235.00** | **$676.00** |
| **Vendors Supply Inc.** | **over last 90 days - list availabe on request** | **$293,640.00** | **$0.00** |
| **Grubb & Ellis** **6606 W. Broad Street, Ste. 400** **Richmond, VA 23230** | **over last 90 days - list availabe on request** | **$6,471.00** | **$0.00** |
| **Oil Equipment Prop** **1300 Ingleside Road** **Norfolk, VA 23502** | **over last 90 days - list availabe on request** | **$12,445.00** | **$0.00** |
| **Optima Health Plan** **4417 Corporation Lane** **Virginia Beach, VA 23462** | **over last 90 days - list availabe on request** | **$31,068.00** | **$0.00** |
| **Penn Millers Insuranc Company** | **over last 90 days - list available upon request** | **$9,958.00** | **$0.00** |

None
☐

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Angela Simpson** | **over last 12 months** | **$13,846.00** | **$0.00** |
| **Rochelle Bodner** | **over last 12 months** | **$35,360.00** | **$0.00** |
| **Nico Arsenault** | **over last 12 months** | **$9,675.00** | **$0.00** |
| **Page Simpson** **6034 Newport Cres** **Norfolk, VA 23505** | **over last 12 months** | **$20,565.00** | **$35,000.00** |
| **Wes Simpson** | **over last 12 months** | **$20,675.00** | **$0.00** |
| **Thomas Simpson**     Owner | **over last 12 months** | **$571,234.00** | **$0.00** |
| **Frederick Simpson**     Owner | **over last 12 months** | **$80,496.00** | **$0.00** |
| **James Arsenault**     Owner | **over last 12 months** | **$111,326.00** | **$0.00** |
| **John Allen Keel**     Owner | **over last 12 months** | **$84,183.00** | **$0.00** |

4

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ragsdale Associates v. Wood Vending, Inc. and Thomas M. Simpson, CL12003776-00** | **Complaint** | **Norfolk Circuit Court** | **Pending** |
| **Performance Food Group, Inc. dba Vistar and Vistar Corporation v. Wood Vending, Inc. and Thomas Simpson, CL2540** | **Complaint** | **Henrico County Circuit Court** | **Judgment** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Roussos, Lassiter, Glanzer & Barnhart PL**<br>**580 E. Main Street, Suite 300**<br>**P.O. Box 3127**<br>**Norfolk, VA 23514-3127** | **9/6/11: $500.00**<br>**9/21/11: $5000.00**<br>**9/28/11: $5000.00**<br>**10/31/11: $5000.00**<br>**1/18/12: $1132.50**<br>**4/11/12: $12,652.50**<br>**5/16/12: $5000.00**<br>**7/11/12: $7000.00**<br>**7/17/12: $12,500.00**<br>**7/20/12: $10,000.00** | **$63,785.00 fees and costs** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia Bank** | **2 business checking** | **$40.34, December, 2011** |

6

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 313 S. Main Street Norfolk, VA 23523 | Wood Vending, Inc. | August 9, 2005 to January 2012 |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Angela Simpson**<br>**6811 Caroline Street**<br>**Norfolk, VA 23505** | **April 2011 to present** |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Magda Dancigers**<br>**3636 Starlighter Drive**<br>**Virginia Beach, VA 23452** | **July 2011 to present** |
| **Sullivan, Andrews and Taylor, PC**<br>**5544 Greenwich Road, Ste. 103**<br>**Virginia Beach, VA 23462** | **February 2010 to present** |
| **Kathryn Wood**<br>**453 Lynn Shores Drive**<br>**Virginia Beach, VA 23452** | **December 2003 to April 2011** |
| **Dixon, Hughes Goodman**<br>**P.O. Box 66528**<br>**Virginia Beach, VA 23466** | **December 2007 to April 2011** |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Sullivan, Andrews and Taylor, PC** | **5544 Greenwich Road, Ste. 103**<br>**Virginia Beach, VA 23462** | **February 2010 to present** |
| **Dixon, Hughes Goodman** | **P.O. Box 66528**<br>**Virginia Beach, VA 23466** | **December 2007 to April 2011** |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Angela Simpson** | **6811 Caroline Street**<br>**Norfolk, VA 23505** |
| **Sullivan, Andrews and Taylor, PC** | **5544 Greenwich Road, Ste. 103**<br>**Virginia Beach, VA 23462** |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of Hampton Roads**<br>**999 Waterside Drive, #200**<br>**Norfolk, VA 23510** | |
| **Performance Food Group**<br>**dba Vistar and Vistar Corporation**<br>**c/o Allison Wickizer Toeppe**<br>**901 E. Byrd Street, Ste. 1700**<br>**Richmond, VA 23219** | |
| **Hendu II, LLC**<br>**7113 Three Chopt Road**<br>**Richmond, VA 23226** | |

---

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **July 1, 2012** | **Thomas Simpson** | **Warehouse Actual $31,947; Truck and Field Estimate $65000** |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| **March 30, 2012** | **Thomas Simpson** | (Specify cost, market or other basis)<br>**Warehouse Actual $37,249 Truck and Field Estimate $60,000** |

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| **July 1, 2012** | **Angela Simpson**<br>**3387 Progress Road**<br>**Norfolk, VA 23502** |
| **March 30, 2012** | **Angela Simpson**<br>**3387 Progress Road**<br>**Norfolk, VA 23502** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Thomas M. Simpson**<br>**6811 Caroline Street**<br>**Norfolk, VA 23505** | **President/Secretary** | **75% shareholder** |
| **Angela Simpson**<br>**6811 Caroline Street**<br>**Norfolk, VA 23505** | **Treasurer** | **no stock ownership** |
| **Frederick B. Simpson**<br>**6015 Eastwood Terrace**<br>**Norfolk, VA 23508** | | **15% shareholder** |
| **John A. Keel**<br>**5100 Hair Road**<br>**Disputanta, VA 23842** | | **5% shareholder** |
| **James J. Arsenault**<br>**2540 S. Adventure Trail**<br>**Virginia Beach, VA 23454** | | **5% shareholder** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| **Frederick B. Simpson**<br>**6015 Eastwood Terrace**<br>**Norfolk, VA 23508** | **Vice President** | **November 2, 2011** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Thomas M. Simpson<br>6811 Caroline Street<br>Norfolk, VA 23505 | 2012 Salary | $146,421.29 |
| James J. Arsenault<br>2540 S. Adventure Trail<br>Virginia Beach, VA 23454 | 2012 Salary | $57,466.48 |
| John A. Keel<br>5100 Hair Road<br>Disputanta, VA 23842 | 2012 Salary | $41,827.00 |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **July 23, 2012**                          Signature    **/s/ Thomas M. Simpson**
                                                                 **Thomas M. Simpson**
                                                                 **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203                                                                2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Wood Vending, Inc.**                                                       Case No.
                                                 Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Billing Hourly** |
| Prior to the filing of this statement I have received | $ | $63,785.00 |
| | | $5,380.25 Remains on Hand |
| Balance Due | $ | Hourly |

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  Other provisions as needed:
       **Negotiations with secured creditors; exemption planning; preparation and filing of applications as needed; preparation and filing of motions.  Representation of the debtors in all matters related to their bankruptcy case.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Form B203 - Continued                                                    2005 USBC, Eastern District of Virginia

<div align="center">

**CERTIFICATION**

</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 7/23/12 | /s/ Robert V. Roussos |
| *Date* | **Robert V. Roussos** |
| | *Signature of Attorney* |
| | |
| | **Roussos, Lassiter, Glanzer & Barnhart PLC** |
| | *Name of Law Firm* |
| | **580 E. Main Street, Suite 300** |
| | **P.O. Box 3127** |
| | **Norfolk, VA 23514-3127** |
| | **757-622-9005  Fax: 757-624-9257** |

---

<div align="center">

***For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $3,000</u>***
***(For all Cases Filed on or after 10/17/2005)***
**NOTICE TO DEBTOR(S) AND STANDING TRUSTEE**
**PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)**

</div>

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

<div align="center">

**PROOF OF SERVICE**

</div>

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

| | |
|---|---|
| | |
| *Date* | *Signature of Attorney* |

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Wood Vending, Inc.** _____ ,
Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Frederick B. Simpson**<br>**6015 Eastwood Terrace**<br>**Norfolk, VA 23508** | | | **15% ownership** |
| **James J. Arsenault**<br>**2540 S. Adventure Trail**<br>**Virginia Beach, VA 23454** | | | **5% ownership** |
| **John A. Keel**<br>**5100 Hair Road**<br>**Disputanta, VA 23842** | | | **5% ownership** |
| **Thomas M. Simpson**<br>**6811 Caroline Street**<br>**Norfolk, VA 23505** | | | **75% ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **July 23, 2012** _____

Signature **/s/ Thomas M. Simpson** _____
         **Thomas M. Simpson**
         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>0</u>___ continuation sheets attached to List of Equity Security Holders

Adalay Bay Apartments
101 Sabal Palm Lane
Chesapeake, VA 23323

.

Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Hotel Register Company
16458 Collections Center Drive
Chicago, IL 60693

Angela Simpson
6811 Caroline Street
Norfolk, VA 23505

Avantis-Park Central/Oceana Place
6161 Kempsville Circle, Ste. 205
Norfolk, VA 23502

Bank of Hampton Roads
999 Waterside Drive, #200
Norfolk, VA 23510

Barber Self Storage
2424 Castleton Commerce Way
Virginia Beach, VA 23456

Bay Hill Pool
P.O. Box 924
Chesterfield, VA 23832

Bell & Vaiden
603 Town Point Center
150 Boush Street
Norfolk, VA 23510

Bingo Palace
4425 Lynnhaven Road
Virginia Beach, VA 23452

BOB #81 (t/a Ft. Eustis 661 & 950)
Business Opportunity for the Bind
P.O. Box 15237
Richmond, VA 23227

BOB #92 (t/a Z-133 & X-70)
Business Opportunity for the Bind
P.O. Box 15237
Richmond, VA 23227

BOB #97 (t/a NOB LF-18)
Business Opportunity for the Bind
P.O. Box 15237
Richmond, VA 23227

BOB UNS (t/a Coastguard Portsmouth)
Business Opportunity for the Bind
P.O. Box 15237
Richmond, VA 23227

BOB, Inc.
Business Opportunity for the Bind
P.O. Box 15237
Richmond, VA 23227

Bull Holdings, LLC
Norfolk, VA

Carl A. Eason, Esquire
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road
Virginia Beach, VA 23452

CDI Marine
415 Port Center
Portsmouth, VA 23704

Chesapeake Coin Op
P.O. Box 16428
Chesapeake, VA 23328

Citation Collection Svcs
P.O. Box 68963
Indianapolis, IN 46268

City of Chesapeake
Barbara Carraway, Treasurer
P.O. Box 16495
Chesapeake, VA 23328

City of Hampton
Office of Treasurer
P.O. Box 638
Hampton, VA 23669

City of Newport News
Marty G. Eubank, Treasurer
2400 Washington Avenue
Newport News, VA 23607

City of Norfolk
Thomas W. Moss, Jr., Treasurer
P.O. Box 3215
Norfolk, VA 23514-3215

City of Portsmouth
James L. Williams, Treasurer
801 Crawford Street
Portsmouth, VA 23704

City of Suffolk
Suffolk City Treasurer
PO Box 1583
Suffolk, VA 23439

City of Virginia Beach
John T. Atkinson, Treasurer
2401 Courthouse Drive
Virginia Beach, VA 23456

Cleveland Office Park I, LLC
c/o Olympia Development
272 Bendix Road, Ste. 200
Virginia Beach, VA 23452

Cleveland Office Park II, LLC
c/o Olympia Development
272 Bendix Road, Ste. 200
Virginia Beach, VA 23452

Commonwealth of Virginia
Dept of Taxation
PO Box 27264
Richmond, VA 23261-7264

Frederick B. Simpson
6010 Eastwood Terrace
Norfolk, VA 23508

MEI
P.O. Box 92053
Chicago, IL 60675

County of Gloucester
6489 Main Street
Gloucester, VA 23061

Great American Deli
P.O. Box 27
Ooltewah, TN 37363

NOB-Civilian Cafeterias
1682 Pearsey Street
Norfolk, VA 23521

County of Henrico
P.O. Box 3369
Henrico, VA 23273

Grubb & Ellis
6606 W. Broad Street, Ste. 400
Richmond, VA 23230

Norfolk Circuit Court
100 St. Paul's Blvd.
Norfolk, VA 23510

Crane
P.O. Box 535037
Atlanta, GA 30353-5037

Hendu II, LLC
7113 Three Chopt Road
Richmond, VA 23226

Norva Plastics, Inc.
P.O. Box 6226
Norfolk, VA 23508

Crane Merchandising Systems
P.O. Box 535037
Atlanta, GA 30353-5046

Humana
P.O. Box 0884
Carol Stream, IL 60132

NRHA
201 Granby Street
Norfolk, VA 23501

D&S Vending Inc.
2062 E 70th Street
Cleveland, OH 44103

Interstate Corporate Center
6387 Center Drive #2, Ste. 1
Norfolk, VA 23502

Octapharma
Atten: Alex Dalmas
843 E. Little Creek Road
Norfolk, VA 23518

Dixon, Hughes Goodman
P.O. Box 66528
Virginia Beach, VA 23466

Isuzu Finance of America, Inc.
3020 Westchester Avenue
Purchase, NY 10577

Olympia Development
272 Bendix Road, Ste. 200
Virginia Beach, VA 23452

Electronic Systems Inc.
369 Edwin Drive
Virginia Beach, VA 23462

Juvenile Courts Norfolk
800 E. City Hall Avenue, 3rd Floor
Norfolk, VA 23510

Optima
P.O. Box 791130
Baltimore, MD 21279

Ferrellgas
P.O. Box 173940
Denver, CO 80217

La Quinta Inn
Atten: General Manager
2800 Pacific Avenue
Virginia Beach, VA 23451

Papco Fleet Pump Fuel Manageme
P.O. Box 60507
Charlotte, NC 28260

Ford Motor Credit
P.O. Box 94380
Palatine, IL 60094

MDV
1133 Kingwood Avenue
Norfolk, VA 23502

Pembroke Bingo
809 Chimney Hill Shopping Center
Virginia Beach, VA 23462

Performance Food Group
dba Vistar and Vistar Corporation
c/o Allison Wickizer Toeppe
901 E. Byrd Street, Ste. 1700
Richmond, VA 23219

RG Electric Company, Inc.
1220 W. 26th Street
Norfolk, VA 23508

Page Simpson
6034 Newport Cres
Norfolk, VA 23505

Perry Buick
6633 E. Virginia Beach Blvd.
Norfolk, VA 23502

Robert E. Schlegal & Sons
841 W. 45th Street
Norfolk, VA 23508

Sleep Inn
3280 Western Branch Blv.
Chesapeake, VA 23321

Pinboys at the Beach
1577 Laskin Road
Virginia Beach, VA 23451

S&D Coffee, Inc.
P.O. Box 1628
Concord, NC 28026

SODEXO
P.O. Box 405697
Atlanta, GA 30384-5697

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250

Salvation Army
P.O. Box 388
Norfolk, VA 23501

SSS Car Wash
908 E. Little Creek Road
Norfolk, VA 23518

Portfolio Recovery
Atten: Mark Davidson
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502

Sentara Careplex Hospital
3000 Coliseum Drive
Hampton, VA 23666

Sullivan, Andrews and Taylor, PC
5544 Greenwich Road, Ste. 103
Virginia Beach, VA 23462

Portfolio Recovery Hampton
Attn: Mark Davidson
120 Corporate Blvd., #100
Norfolk, VA 23502

Sentara Leigh Hospital
Att. Joshua Snyder
830 Kempsville Road
Norfolk, VA 23502

SunTrust Bank
P.O. Box 791144
Baltimore, MD 21279

Prudential
P.O. Box 7398
Philadelphia, PA 19176

Sentara Life Care
249 S. Newtown Road
Norfolk, VA 23502

Thomas M. Simpson
6811 Caroline Street
Norfolk, VA 23505

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250

Sentara Nursing Greenwood
4201 Greenwood
Portsmouth, VA 23701

Three Hundred to HCP Ventures ILL
c/o Holladay Properties
t/a Three Hundred Med Parkway
Atlanta, GA 30384

Ragsdale Associates
c/o Richard J. Knapp, Esquire
Suite 101, 2800 Patterson Avenue
Richmond, VA 23221

Sentara Nursing Windermere
1605 Old Donation Parkway
Virginia Beach, VA 23454

UPS
P.O. Box 7247
Philadelphia, PA 19170

Ray's Body Shop
1012 W. 26th Street
Norfolk, VA 23517

Sentara Virginia Beach Hospital
Attn: Margaret Jackson
1060 First Colonial Road
Virginia Beach, VA 23454

USA Technologies
100 Deerfield Lane, Ste. 140
Malvern, PA 19355

Va Beach Dept of Public Works
Attn: Angel
3556 Dam Neck Road
Virginia Beach, VA 23456


Va. Beach Dept of Utilities
3500 Dam Neck Road
Virginia Beach, VA 23456


Va. Beach Police Dept
Sandy Sexton
2509 Princess Anne Road
Virginia Beach, VA 23456


Va. Beach Police Dept.
Debbie Kopicki
820 Va. Beach Blvd.
2nd Precinct
Virginia Beach, VA 23451

Verizon Wireless
P.O. Box 25505
Lowes, KY 42061


Virginia Beach Votech
Attn: Bill Varga
2925 N. Landing Road
Virginia Beach, VA 23456


Virginia Employment Commission
Attn: Donnie Johnson
5145 E. Ve. Beach Blvd.
Norfolk, VA 23502


Wells Fargo Bank
Attn: Michael Lee
440 Monticello Avenue, #140
Norfolk, VA 23510


World Trade Center
101 W. Main Street, Ste. 1200
Norfolk, VA 23510


Wyndham Plaza Resort
5700 Atlantic Avenue
Virginia Beach, VA 23451

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Wood Vending, Inc.**                                        Case No.
                                   Debtor(s)              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification
or recusal, the undersigned counsel for   **Wood Vending, Inc.**   in the above captioned action, certifies that the following is
a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any
class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_July 23, 2012_
Date

**/s/ Robert V. Roussos**

**Robert V. Roussos**
Signature of Attorney or Litigant
Counsel for   **Wood Vending, Inc.**
**Roussos, Lassiter, Glanzer & Barnhart PLC**
**580 E. Main Street, Suite 300**
**P.O. Box 3127**
**Norfolk, VA 23514-3127**
**757-622-9005 Fax:757-624-9257**